1

CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

2

3

4

5

6

Attorney for Plaintiff SCOTT JOHNSON

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

SCOTT JOHNSON,

11

          Plaintiff,

12

v.

13

MIRI PIRI, INC., a California Corporation;
DE VEGA BROTHERS, INC., a California
Corporation; and Does 1-10,

14

15

          Defendants.

16

17

18

19

20

Case No.: 2:14-CV-01442-GEB-KJN

**(1) Joint Stipulation of Fact Regarding Defendants' Financial Wherewithal;**
**(2) Joint Stipulation Regarding Defendants' Discovery Responses;**
**(3) Order Thereon.**

21

22

**<u>JOINT STIPULATION</u>**

23

24

    The following terms, phrases, and definitions will be applied in this stipulation and are

25

intended to conform to the usage given in the Americans with Disabilities Act Accessibility

26

Guidelines:

27

| | |
|---|---|
| **ADAAG:** | Americans with Disabilities Act Accessibility Guidelines found at 28 C.F.R. Part 36. |
| **ACCESSIBLE:** | Complying with the technical requirements of the ADAAG. |
| **SUBJECT PROPERTY:** | De Vega Brothers Restaurant located at or about 515 N Main Street, Manteca, California. |
| **READILY ACHIEVABLE:** | Shall have the same definition as that found at 42 U.S.C. § 12181(9). |
| **BARRIER:** | Any architectural or configuration element of the subject property that does not comply with the technical provisions found in the Americans With Disabilities Act Accessibility Guidelines and/or Title 24 of the California Code of Regulations, and which is identified in the Plaintiff's complaint. |

**PLAINTIFF SCOTT JOHNSON AND DEFENDANTS MIRI PIRI, INC., AND DE VEGA BROTHERS, INC., BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE:**

**WHEREAS** Plaintiff has propounded written discovery to assist him in determining the ability of the Stipulating Defendants to undergo "readily achievable" barrier removal and to support Plaintiff's damages assessment; and

**WHEREAS** such discovery information is of a personal and confidential nature and, therefore, the Stipulating Defendants have a legitimate concern about unnecessarily producing such information;

The Plaintiff and the Stipulating Defendants enter into the following stipulation:

**Plaintiff**: Plaintiff will currently forbear from propounding any discovery that seeks information concerning the financial status, ability, or wherewithal of the Stipulating Defendants. Plaintiff also

1   withdraws all discovery already propounded concerning this information, including but not limited to:

2   Interrogatories, Set One, nos. 3, 13 and 14 and Requests for Production of Documents, Set One, nos.

3   9, 11 and 12.

4

5   **Stipulating Defendants**: The Stipulating Defendants hereby declare that in determining whether the

6   removal of a BARRIER is READILY ACHIEVABLE, factors such as the (1) Stipulating Defendant's

7   financial resources; (2) the facility's financial resources; (3) the "effect on expenses and resources";

8   and (4) impact on finances, shall NOT be raised by STIPULATING DEFENDANTS as a defense as

9   to why the Stipulating Defendant cannot remedy and/or remove those alleged BARRIERS.

10  Defendants further stipulate to respond fully to all discovery requests not concerning the financial

11  status, ability, or wherewithal of the Stipulating Defendants within 14 days of the Court's Order.

12

13  **NOTE:**   Stipulating Defendants are **not** stipulating (A) liability to the Plaintiff; (B) that the above

14  identified barrier removals are required by law; (C) that the above referenced barriers exist; or (D) that

15  they are subject to the ADA or related state disability access laws.

16

17  **NOTE:**   The parties understand that the Plaintiff reserves his right to seek financial information in

18  support of a claim for punitive damages. However, Plaintiff will forbear from seeking that information

19  until Plaintiff believes that further discovery information warrants the prosecution of a punitive

20  damages claim against the Stipulating Defendants. Even if Plaintiff reaches a decision that a punitive

21  damages claim should be prosecuted, Plaintiff will, nonetheless, wait until the end of the discovery

22  window to request such information so as to allow maximum opportunity for resolution of the case.

23

24  **IT IS SO STIPULATED.**

25

26  Dated:  May 19, 2015                    CENTER FOR DISABILITY ACCESS

27

1

2

3

                                               By:    /s/ Amanda Lockhart
AMANDA LOCKHART
        Attorney for Plaintiff

4

5

6

Dated: May 19, 2015               MICHAEL D. WELCH ASSOCIATES

7

8

9

                                               By:    /s/Michael D. Welch
MICHAEL D. WELCH
        Attorney for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Joint Stipulation and Order                    -4-              Case No.: 2:14-CV-01442-GEB-KJN

1   CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
2   Mail: P.O. Box 262490
San Diego, CA 92196-2490
3   Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
4   Phone: (858) 375-7385
Fax: (888) 422-5191
5   phylg@potterhandy.com

6   Attorney for Plaintiff SCOTT JOHNSON

7

                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10                                                  ) Case No.: 2:14-CV-01442-GEB-KJN
    SCOTT JOHNSON,                                  )
11                                                  )
                Plaintiff,                          )
12  v.                                              )
                                                    ) **Order Regarding Joint Stipulation of Fact and**
13  MIRI PIRI, INC., a California Corporation;       ) **Discovery**
    DE VEGA BROTHERS, INC., a California            )
14  Corporation; and Does 1-10,                     )
                                                    )
15              Defendants.                         )
                                                    )
16                                                  )
                                                    )
17  _____        )

18

19
                                    **ORDER**
20
            Having read the Joint Stipulation of Fact Regarding Defendants' Financial Wherewithal and
21
    Discovery Responses, the Court hereby orders Defendant to respond to all outstanding discovery
22
    requests not withdrawn by Plaintiff within 14 days.
23
    **IT IS SO ORDERED.**
24
    Dated:  June 25, 2015
25

26                                          _____
                                            KENDALL J. NEWMAN
27                                          UNITED STATES MAGISTRATE JUDGE