UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1442-GEB-KJN |
| Plaintiff, | |
| v. | ORDER |
| MIRI PIRI, INC., et al., | |
| Defendants. | |

On August 20, 2015, the court issued an order requiring the parties to meet and confer to explore potential settlement of the case. (ECF No. 13.)  In the event that they were unable to informally settle the case, the parties were directed to file a joint statement, no later than September 3, 2015, addressing <u>very specific topics</u> and providing <u>very specific information</u> regarding their meet-and-confer session and the scheduling of a settlement conference.  (<u>Id.</u>)  Instead, on September 3, 2015, the parties merely filed a two-sentence joint status report indicating that the parties have been unable to reach a settlement.  (ECF No. 14.)

Because the parties' filing fails to comply with the court's August 20, 2015 order, the court strikes that filing.  Within fourteen (14) days of this order, the parties shall file a joint statement that is responsive to the court's August 20, 2015 order.  The parties are cautioned that future failure to comply with court orders may result in the imposition of sanctions on any

1

offending party(ies).  Counsel is further cautioned that this admonition will not be repeated in any of counsel's other cases pending before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' September 3, 2015 joint status report (ECF No. 14) is STRICKEN.
2. The parties shall file a compliant joint statement within fourteen (14) days of this order.

IT IS SO ORDERED.

Dated: September 4, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE