UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIRI PIRI, INC., et al.,<br><br>　　　　Defendants. | No. 2:14-cv-1442-GEB-KJN<br><br><br>ORDER |

In light of the status report filed by the parties (ECF No. 18), indicating that plaintiff does not agree to waive disqualification of the assigned magistrate judge, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall randomly assign a United States Magistrate Judge to this case for purposes of conducting a settlement conference.
2. Upon assignment of a settlement judge, the parties shall contact the courtroom deputy clerk of the settlement judge to make arrangements for the scheduling of the settlement conference.
3. The parties shall advise the court at the earliest opportunity if they reach an informal settlement prior to the settlement conference.
4. Nothing in this order modifies the parties' requirement to pay sanctions in accordance

1

with the court's prior September 21, 2015 order.

IT IS SO ORDERED.

Dated: September 25, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE