UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRI PIRI, INC., et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1442-GEB-KJN<br><br><br>ORDER |

　　　　On September 21, 2015, the court ordered plaintiff's counsel and defendants' counsel to each pay the Clerk of Court $150.00 in sanctions based on their failure to comply with the court's prior orders. (ECF No. 17.) Sanctions were due within fourteen (14) days of the order, i.e., by October 5, 2015. (Id.) The order cautioned that failure to timely comply would result in increased sanctions. (Id.)

　　　　The court's records indicate that plaintiff's counsel timely paid the sanctions. However, although the applicable deadline has now passed, defendants' counsel failed to pay the ordered sanctions. As such, the court regrettably imposes increased sanctions on defendants' counsel.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Within fourteen (14) days of this order, defendants' counsel shall pay the Clerk of Court $500.00 in sanctions based on his multiple failures to comply with court orders.

1

Defendants' counsel shall NOT directly or indirectly attempt to recover such sanctions from his clients.

2. Failure to timely comply with this order may result in further increased sanctions and a referral to the California State Bar.

IT IS SO ORDERED.

Dated:  October 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE