UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRI PIRI, INC., et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1442-GEB-KJN<br><br><br>ORDER |

　　　In light of the declaration of Michael D. Welch filed by defendants' counsel on October 19, 2015 (ECF No. 21), the court's October 7, 2015 order imposing additional sanctions on defendants' counsel (ECF No. 20) is VACATED and no further sanctions need be paid.

　　　IT IS SO ORDERED.

Dated:  October 20, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1